RECEIVED
USDC CLERK, FLORENCE, SC
2012 DEC -6  AM 8:16

RECEIVED
USDC CLERK, FLORENCE, SC
2012 DEC -3  PM 12:16

Joseph Herron, 350215
Evans C.I. F-2-B-211
610 Hwy 9 West
Bennettsville, SC 29512

NOVEMBER, 28 2012.
RE: DISMISSAL OF CASE
CASE NO. 4:11-cv-1377-TLW-TER

**DENIED**
Terry L. Wooten
U.S. DISTRICT JUDGE
12-6-12
DATE

Office of the Clerk
United States District Court
Honorable Terry L. Wooten
Post Office Box 2317
Florence, SC 29503

Dear Judge Wooten:

Sir, I am humbly writing you concerning the recent Order of Dismissal dated (11-2-12), In which my case was dismissed concerning some of the parties in my suit. Specifically, "Horry County, South Carolina, Tom Rice, Et. Al.". Your Honor, I Respectfully contend that I have substantuated a prima facia case specifically against Deborah Hipp, the medical personel responsible for administration of medical treatment of inmates at the J. Ruben Long Detention Center. Your Honor, I am humbly requesting the status of the other defendants named beside the ones listed in your Order to Dismiss. If Your Honor, intended to dismiss the action as it relates to all of the defendants, I would Respectfully ask for you to re-consider specifically Deborah Hipp, as the Plaintiff would Respectfully contend that he has clearly set out a prima facia case that a reasonable jury could conclude that she acted with "deliberate indifference" in that one she specifically knew of the Plaintiffs medical problem, that the Plaintiff specifically complained, that this Defendant falsified documents to deny Plaintiff medical attention, That this defendant should have known of reasonable should have know that he was suffering from extreme pain, as the Plaintiff specifically complained to medical staff (Deborah Hipp), in which she acted indifferent to his serious medical need.

Your Honor, I am Respectfully asking for your re-consideration, if this Court had dismissed this entire claim, as the Plaintiff was under the impression because the Dismissal <u>only listed three of the defendants</u>, that he did not know that his action was being dismissed in it's entirety. Secondly, if the Court has not dismissed the action in it's entirety, the Court should clearly find that there exist evidence of material facts that would require a jury trial to determine the merits of this claim. Thirdly, Your Honor, if you decide to dismiss this action, I respectfully ask for a reconsideration. The Court to consider my

recent Objection to the dismissal, or, Please inform me if I can file a En-Bance Hearing, or, If the Court Grant C.O.A. or if I need to file for a C.O.A. on my Claim.

Your Honor, Please consider that I am a pro-se litigate and I believe that I have put forth a valid issue of material fact that need to be resolved by a trial jury as it relates to the deliberate indifference of the medical staff specifically (Deborah Hipp). I want to Thank you for your Thougthful consideration in this matter, and have a Merry Christmas, God Bless.

With Kind Regards... I Am.

Sincerely, Yours,

Joseph Herron

*Joseph Herron*